**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00496-REB-CBS

JAMES TANNEHILL,

    Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY and
FEDERAL EMERGENCY MANAGEMENT AGENCY,

    Defendant.

_____

**ORDER**
_____

Pending before the court is Defendants' Motion for an Extension of Time to File Their *Vaughn* Index and an Extension of the Motion Cut-off Date (filed October 25, 2005; *doc. no. 23*), it is hereby **ORDERED** that Plaintiff has up to and including **November 14, 2005**, to file a response.

DATED at Denver, Colorado, this 26th day of October, 2005.

                                                BY THE COURT:

                                                s/Craig B. Shaffer
                                                Craig B. Shaffer
                                                United States Magistrate Judge