UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00496-REB-CBS

JAMES TANNEHILL,
    Plaintiff,
v.

U.S. DEPARTMENT OF HOMELAND SECURITY and
FEDERAL EMERGENCY MANAGEMENT AGENCY,
    Defendants.

ORDER

    This civil action comes before the court on "Plaintiff's Motion for Leave of the Court to Supplement his Motion for Partial Summary Judgment and Production of Non-Conclusory *Vaughn* Index for *In Camera* Review" (filed April 17, 2006) (doc. # 46). Pursuant to the Order of Reference dated March 18, 2005 (doc. # 4) and the memorandum dated May 4, 2006 (doc. # 50), this matter was referred to the Magistrate Judge. The court has reviewed the motion, Defendants' Response (filed May 16, 2006) (doc. # 56), the entire case file and the applicable law and is sufficiently advised in the premises. Defendants "state that they do not oppose Mr. Tannehill's motion to supplement, and respectfully request the opportunity to respond to the merits of Mr. Tannehill's motion for partial summary judgment, as supplemented." Accordingly,

    IT IS ORDERED that:

    1.    "Plaintiff's Motion for Leave of the Court to Supplement his Motion for Partial Summary Judgment and Production of Non-Conclusory *Vaughn* Index for *In*

*Camera* Review" (filed April 17, 2006) (doc. # 46) is GRANTED.

    2.    Tannehill's Supplement (tendered April 17, 2006) (doc. # 46-1, 46-2, and 46-3) is accepted for filing as of the date of this Order.

    3.    Defendants may file a response to Plaintiff's Motion for Partial Summary Judgment, as supplemented, on or before June 30, 2006.

    4.    Tannehill may file a reply to Defendants' Response on or before July 17, 2006.

    5.    A hearing on Plaintiff's Motion to Strike the Declaration of Shirley Louise Buterbaugh (doc. # 45) remains scheduled on Wednesday July 26, 2006 at 3:45 p.m.

DATED at Denver, Colorado this   5th   day of June, 2006.

      /s/    Craig B. Shaffer

United States Magistrate Judge