UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00496-REB-CBS

JAMES TANNEHILL,
    Plaintiff,
v.

U.S. DEPARTMENT OF HOMELAND SECURITY and
FEDERAL EMERGENCY MANAGEMENT AGENCY,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) "Plaintiff's Motion for Leave of the Court to Withdraw Motion to Strike the Declaration of Shirley Buterbaugh," wherein Plaintiff also requests that the hearing set July 26, 2006 at 3:45 p.m. be vacated (filed July 18, 2006) (doc. # 69); and (2) Plaintiff's "Memo for Clerk of the Court Re: Filing of Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Partial Summary Judgment . . ." (filed July 24, 2006) (doc. # 71). Pursuant to the Order of Reference dated March 18, 2005 (doc. # 4) and the memorandum dated July 18, 2006 (doc. # 70), these matters are before the Magistrate Judge. The court having reviewed the matters, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Plaintiff's Motion for Leave of the Court to Withdraw Motion to Strike the

Declaration of Shirley Buterbaugh" (filed July 18, 2006) (doc. # 69) is GRANTED.

    2.    "Plaintiff's Motion to Strike the Declaration of Shirley Louise Buterbaugh" (filed April 17, 2006) (doc. # 45) is WITHDRAWN.

    3.    The hearing set July 26, 2006 at 3:45 p.m. shall proceed as a status hearing on Plaintiff's pending Motion for Partial Summary Judgment and Production of Non-Conclusory Vaughn Index for In Camera Review (doc. # 30) and Defendants' Motion for Summary Judgment (doc. # 29).

    4.    Plaintiff may appear via telephone at the hearing set July 26, 2006 at 3:45 p.m.

    5.    Regarding Plaintiff's "Memo for Clerk of the Court Re: Filing of Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Partial Summary Judgment . . ." (filed July 24, 2006) (doc. # 71), the court hereby clarifies that it has received "Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Partial Summary Judgment and Non-Conclusory Vaughn Index for In Camera Review" and docketed Plaintiff's Reply on July 17, 2006 as doc. # 68.

    DATED at Denver, Colorado this 24th day of July, 2006.

                                BY THE COURT:

                                *s/Craig B. Shaffer*
                                United States Magistrate Judge