UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00496-REB-CBS

JAMES TANNEHILL,
    Plaintiff,
v.

U.S. DEPARTMENT OF HOMELAND SECURITY and
FEDERAL EMERGENCY MANAGEMENT AGENCY,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on Tuesday August 1, 2006 for a status conference on settlement. The parties having reported to the court that a settlement has been reached in this civil action, IT IS ORDERED that:

    1.    Tannehill's oral motion (made on August 1, 2006) to withdraw his Motion for Partial Summary Judgment and Production is GRANTED and "Plaintiff's Motion for Partial Summary Judgment and Production of Non-Conclusory Vaughn Index for in Camera Review" (filed February 23, 2006) (doc. # 30) is WITHDRAWN.

    2.    Defendants' oral motion (made on August 1, 2006) to withdraw their Motion for Summary Judgment is GRANTED and "Defendants' Motion for Summary Judgment" (filed January 31, 2006) (doc. # 29) is WITHDRAWN.

    3.    "Plaintiff's Motion to Stay Proceedings and for Leave of the Court to File

1

Second Amended Complaint Joining Additional Claims and Parties" (filed August 1, 2006) (doc. # 79) is DENIED AS MOOT.

4. **On or before Friday August 11, 2006**, the parties shall file a stipulated motion to dismiss this civil action.

DATED at Denver, Colorado this 1st day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge