**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00496-REB-CBS

JAMES TANNEHILL,

    Plaintiff,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

    The matter before me is the **Stipulation for Compromise Settlement** [#86], filed August 22, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Compromise Settlement** [#86], filed August 22, 2006, is **APPROVED**; and

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated August 22, 2006, at Denver, Colorado.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn
United States District Judge**