UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00496-REB-CBS

JAMES TANNEHILL,
    Plaintiff,
v.

U.S. DEPARTMENT OF HOMELAND SECURITY and
FEDERAL EMERGENCY MANAGEMENT AGENCY,
    Defendants.

---

ORDER TO SHOW CAUSE

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Order to Show Cause dated August 21, 2006 (doc. # 85).  In light of the "Stipulation for Compromise Settlement" (filed August 22, 2006) (doc. # 86) and Defendants' Response to Order to Show Cause (filed August 22, 2006) (#87), **the Order to Show Cause dated August 21, 2006 (doc. # 85) is hereby DISCHARGED**.

    DATED at Denver, Colorado this 22nd day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge

1